# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2022

February 15, 2022

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

        Re:    Velasquez v. SP Fashion USA, Inc., d/b/a Sarah Pacini, et al.
              Case 1:21-cv-10862-AT

Dear Judge **Torres**:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Case Management Plan and Status Letter in this matter is currently due February 17, 2022. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                          Sincerely,

                          By: /S/   B. Bradley Weitz

GRANTED. By **March 21, 2022**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 16, 2022
       New York, New York

                                    ANALISA TORRES
                              United States District Judge